**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Joaquin Nevarez
                              Plaintiff,

v.                                               Case No.: 1:23−cv−05248
                                               Honorable Jeremy C. Daniel

DynaCom Management, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 27, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's unopposed motion for entry of judgment [64] is taken under advisement. The plaintiff shall submit a proposed order to the Court's proposed order inbox, proposed_order_daniel@ilnd.uscourts.gov, on or before January 29, 2025. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.