UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAQUIN NEVAREZ,<br>      Plaintiff<br><br>  v.<br><br>DYNACOM MANAGEMENT LLC *et al.*,<br>      Defendants | No. 23-cv-05248<br><br>Judge Jeremy C. Daniel |

## ORDER

This matter having come before the Court on the joint request of the parties for entry of this Final Judgment; and

It appearing that Plaintiff Luis Joaquin Nevarez ("Joaquin Nevarez" or "Plaintiff") filed his Complaint on this action on August 9, 2023, and that defendants DynaCom Management, LLC, Ali Setork, and Mina Setork ("Defendants") were served with the Complaint, and through counsel, appeared on or before August 21, 2023 and that Opt-In Plaintiff David Sanchez has properly filed and joined the case as a party on October 2, 2024; and

WHEREFORE, Plaintiffs' ask this court to Enter Judgment for Plaintiffs in the Amount of $275,000.00 and for other relief that is just and right.

NOW, THEREFORE, by stipulation and agreement of the parties, and with the express consent of counsel for Plaintiffs and counsel for Defendants and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, 28 U.S.C §1337 and 28 U.S.C. § 1367(a). Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

2. Plaintiff's Complaint states causes of action for violations of the Fair Labor Standards Act and the Illinois Minimum Wage Law.

3. Judgment in the amount of $275,000, which is inclusive of Plaintiffs' attorney fees and costs, is hereby entered in favor of Plaintiff and against Defendants. All claims asserted in this action are hereby dismissed without prejudice, except that this Court shall retain jurisdiction for the purpose of enforcing this Final Judgment.

4. This Final Judgment shall be deemed to have been served on Defendants, their officers, directors, shareholders, owners, agents, servants, employees, and attorneys, and all those in active concert or participation with them as of the date of entry hereof by the Court.

5. This matter is dismissed without prejudice so that the Court maintains jurisdiction to enforce the judgment. The dismissal will convert to a dismissal with prejudice on July 15, 2025, or when the payment of the Judgment is satisfied by Defendants.

Date: February 4, 2025

_____
JEREMY C. DANIEL
United States District Judge